**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **SONIA JOHNSON,** | § | |
| | § | |
| **Plaintiff,** | § | **Civil Action No. 2:18-cv-00437** |
| | § | |
| **v.** | § | |
| | § | |
| **RENT-A-CENTER, INC.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| _____ | § | |

## <u>NOTICE OF SETTLEMENT</u>

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: March 26, 2019

By: <u>/s/ Amy L. Bennecoff Ginsburg</u>
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
aginsburg@creditlaw.com

Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Donald Bradley Dickinson, Esq.
Dickinson Bartlett PC
6440 North Central Expressway, Ste 412
Dallas, TX 75206
Phone: 214-368-3055
Fax: 214-368-3088
Email: bradd@dblaws.com
Attorneys for Defendant

Dated: March 26, 2019                    By: /s/ Amy L. Bennecoff Ginsburg
                                         Amy L. Bennecoff Ginsburg, Esq.
                                         Kimmel & Silverman, P.C.
                                         30 E. Butler Avenue
                                         Ambler, PA 19002
                                         Tel: 215-540-8888
                                         Fax: 215-540-8817
                                         aginsburg@creditlaw.com