UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SONIA JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-437 |
| | § | |
| RENT-A-CENTER, INC.,, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

The parties have announced to the Court that all matters in dispute and controversy between them have been fully and finally compromised and settled. They have further announced their intention to request dismissal of this action. D.E. 12. Therefore,

The parties are ORDERED to file with this Court, on or before **June 24, 2019**, appropriate dismissal documents disposing of this action. Should the parties fail to timely file such documents with this Court, they are ORDERED to appear before this Court on **June 26, 2019, at 9:00 a.m.** to explain why they have failed to comply with this Order. It is further

ORDERED that all current settings are canceled and all pending motions are denied without prejudice as mooted by the settlement announced in this cause.

ORDERED this 26th day of March, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE